JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Shahram Zamani, et al.

## DEFENDANTS
Michael Chertoff, Secretary, et al.

FILED
07 OCT 30 AM 10:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

(b) County of Residence of First Listed Plaintiff __San Diego__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Mautino
Mautino and Mautino
1059 10th Ave.
San Diego, CA 92101   (619) 235-9177

Attorneys (If Known)

'07 CV 2063 IEG (NLS)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8 U.S.C. 1255; complaint for relief in the nature of mandamus

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD
[signature]

OFFICE USE ONLY
RECEIPT # 143860  AMOUNT $350  APPLYING IFP __  10/30/07  JUDGE _____  MAG. JUDGE _____

Robert A. Mautino
Mautino and Mautino
California State Bar No. 54071
1059 10th Avenue
San Diego, CA 92101
Telephone: (619) 235-9177
E-mail: bob@mautino.org

Attorneys for Plaintiffs

FILED

07 OCT 30 AM 10: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Shahram Zamani and
Tina Babaie Amin

    Plaintiffs
    -vs-

Michael Chertoff, Secretary,
Emilio Gonzalez, Director, and
Paul Pierre, District Director,
Department of Homeland Security
and Peter Keisler, Acting Attorney
General,

    Defendants

No. 07 CV 2063 IEG (NLS)

COMPLAINT FOR RELIEF IN THE
NATURE OF MANDAMUS

USCIS NO. A96 589 668

Plaintiffs, by their attorney, complaining of Defendants, allege as follows:

1. Plaintiff Shahram Zamani (Shahram) is a native and citizen of Iran who resides within the jurisdiction of this Court. Plaintiff Tina Babaie Amin (Tina) is a citizen of the United States who resides within the jurisdiction of this Court. Plaintiffs are husband and wife. Plaintiffs' claim to relief arises under 8 U.S.C. 1255.

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Emilio Gonzalez is the Director of the bureau of Citizenship and Immigration Services (CIS) of the DHS. Paul Pierre is the District Director of the San Diego District of the CIS, and Peter Keisler is the Acting Attorney General of the United States. All Defendants are sued herein in their official capacities. Defendants are in charge of the processing and adjudication of applications for permanent residence.

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1361, 28 U.S.C. 1651 and 5 U.S.C. 701 et seq., and relief is requested pursuant to said statutes and 28 U.S.C. 2201.

4. On or about July 26, 2005, Plaintiff Shahram filed an application for permanent residence in the United States under 8 U.S.C. 1255 based on his marriage to a citizen of the United States. As a result, the Plaintiffs were interviewed on the application for resident status on May 17, 2006. The examining officer, an agent of the Defendants, informed them that everything was in order except for the lack of response from the FBI on the results of some sort of background investigation.

5. When no results were forthcoming, the Plaintiffs inquired in person at the Defendants' office in Chula Vista, California on two separate occasions. Each time they were informed that the FBI clearance was still pending.

6. In March of 2007, the Plaintiffs sought the assistance of a Member of Congress, but they were unable to obtain any further information.

7. Almost two and one-half years have passed since the application was filed, and Defendants have never indicated when the pending application might be completed and finally adjudicated.

8. Plaintiffs are informed and believe, and thereon allege, that the required FBI checks have been pending for almost 28 months and that the Defendants have been doing nothing to move the application toward a final decision.

9. The Plaintiffs have exhausted their administrative remedies.

10. The Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law and regulations.

11. The Defendants have effectively denied Plaintiff Shahram the opportunity to become a lawful permanent resident of the United States and have effectively denied to Plaintiff Tina the comfort and peace of mind that her husband can finally remain in the United States on a permanent basis.

12. The Plaintiffs have been greatly damaged by the Defendants' failure to act in accord with their duties under the law and regulations.

13. The Defendants, in violation of the law and regulations, are unlawfully withholding or unreasonably delaying action on the Plaintiffs' application and have failed to carry out the adjudicative and administrative functions delegated to them by law with regard to Plaintiffs' application.

//

//

//

//

WHEREFORE, Plaintiffs pray:

That the Defendants be ordered to adjudicate Plaintiff Shahram's application for residence without delay,

That the Court award Plaintiffs reasonable attorney's fees, and

That the Court award such other and further relief as to this Court may seem reasonable and proper.

Dated: October 30, 2007      /s/ R. Mautino
Robert A. Mautino
Mautino & Mautino
Attorneys for Plaintiffs

```
       UNITED STATES
       DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
        SAN DIEGO DIVISION

      # 143860      - KD

       October 30, 2007
          10:12:35

       Civ Fil Non-Pris
   USAO #.: 07CV2063
   Judge..: IRMA E GONZALEZ
   Amount.:
   Check#.: BC 10588        $350.00 CK


       Total->   $350.00


   FROM: CIVIL FILING
         ZAMANI, ET AL V. CHERTOFF, ET
```