Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Shahram Zamani and
Tina Babaie Amin

vs.

Michael Chertoff, Secretary,
Emilio Gonzalez, Director, and
Paul Pierre, District Director,
Department of Homeland Security
and Peter Keisler, Acting
Attorney General

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2063 IEG (AJC)

FILED
OCT 3 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert A. Mautino
Mautino and Mautino
1059 10th Avenue
San Diego, CA 92101

(619) 235-9177

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 10/30/07 |
|---|---|
| CLERK | DATE |

By  J. H_____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)