1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone:  (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 SHAHRAM ZAMANI and TINA BABAIE)        Case No. 07cv2063 IEG (NLS)
   AMIN,                        )
11                              )
                   Plaintiffs,  )
12                              )
         v.                     )
13                              )        CERTIFICATE OF SERVICE
   MICHAEL CHERTOFF, Secretary of the)
14 Department of Homeland Security; EMILIO)
   GONZALEZ,  Director  of  the  U.S.)
15 Citizenship  and  Immigration  Services;)
   PAUL PIERRE, District Director of the San)
16 Diego   District;   and   MICHAEL)
   MUKASEY, Attorney General,   )
17                              )
                   Defendants.  )
18 _____)

19 IT IS HEREBY CERTIFIED THAT:

20        I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
21
          I am not a party to the above-entitled action.  I have caused service of: **DEFENDANTS'**
22 **ANSWER TO COMPLAINT** on the following party by electronically filing the foregoing with the
   Clerk of the District Court using its ECF System, which electronically provides notice.
23
          Robert A. Mautino, Esq.
24        Attorney for Plaintiff
          E-Mail: bob@mautino.org
25        I declare under penalty of perjury that the foregoing is true and correct.

26        Executed on December 26, 2007.

27                                      s/ Caroline J. Clark
                                        Caroline J. Clark
28