# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM ZAMANI and TINA BABAIE AMIN, <br><br> Plaintiff, <br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; PAUL PIERRE, District Director of the San Diego District; and MICHAEL MUKASEY, Attorney General, <br><br> Defendants. | Civil No.07cv2063 IEG (NLS) <br><br> **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE; SETTING MOTIONS FILING DEADLINE** |

The Court held a telephonic Early Neutral Evaluation Conference ("ENE") in this matter. As of the date of the ENE, the FBI was still processing Plaintiff Zamani's background investigation for purposes of his application for naturalization. Due to problems with the parties' and the Court's conference calling abilities, the Court informed counsel individually that it would set a motions filing deadline. For good cause shown, the Court **SETS** a motions filing deadline for *__May 23, 2008__*.

**IT IS SO ORDERED.**

DATED: January 28, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge