1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM ZAMANI and TINA BABAIE AMIN, | Case No. 07cv2063 IEG (NLS) |
| Plaintiffs, | |
| v. | JOINT MOTION TO DISMISS AS MOOT |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; PAUL PIERRE, District Director of the San Diego District; and MICHAEL MUKASEY, Attorney General, | |
| Defendants. | |

COME NOW THE PARTIES, Plaintiffs Shahram Zamani, et al., by and through counsel, Robert A. Mautino, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline Clark, Assistant United States Attorney, and hereby jointly move the Court to dismiss this case as moot.

The parties have resolved the matters alleged in Plaintiffs' complaint as Plaintiff Shahram Zamani's application for adjustment of status has been approved and the parties agreed that the above-captioned case would be dismissed in its entirety. It was further agreed that each party will bear its own fees and costs of suit.

1 | Based on the foregoing, both parties respectfully request that the Court enter an order dismissing
2 | the action as moot.

4 | DATED:  April 21, 2008     s/ Robert A. Mautino
ROBERT A. MAUTINO
Attorney for Plaintiffs
E-Mail: bob@mautino.org

7 | DATED: April 21, 2008     KAREN P. HEWITT
United States Attorney

s/ Caroline J. Clark

CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov