UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRAM ZAMANI and TINA BABAIE AMIN,<br><br>              Plaintiffs,<br><br>       v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; PAUL PIERRE, District Director of the San Diego District; and MICHAEL MUKASEY, Attorney General,<br><br>              Defendants. | Case No. 07cv2063 IEG (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS AS MOOT<br><br>[Docket No. 7] |

Having considered the parties' Joint Motion to Dismiss as Moot (Docket No.7), finding that the parties stipulate to dismissal, and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS under Federal Rule of Civil Procedure 41(a)(1) that the complaint is DISMISSED.

**IT IS SO ORDERED.**

**DATED: April 25, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**